SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Secret River, Inc., et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00792-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SECRET RIVER, INC.; PRESTIGE MANAGEMENT, AND ORDER**<br><br>Complaint Filed: FEBRUARY 28, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Secret River, Inc.; Prestige Management) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants. Defendants (Secret River, Inc.; Prestige Management) are dismissed because these Defendants are not proper parties to this action.

Dated: May 4, 2010　　　　　　　　　　　　/s/Scott N. Johnson
　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　　　　CIV: S-10-00792-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED**.

3 Dated:  May 4, 2010          /s/ John A. Mendez
                      U. S. DISTRICT COURT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
               CIV: S-10-00792-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com