SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>           Plaintiff,<br><br>      vs.<br><br>Secret River, Inc., et al,<br><br><br>           Defendants | Case No.: CIV.S 10-cv-00792-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DULKU & DULKU, INC. AND ORDER**<br><br>Complaint Filed: APRIL 2, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Dulku & Dulku, Inc.) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendants (Dulku & Dulku, Inc.) are dismissed because these Defendants have filed for Bankruptcy.

Dated: May 7, 2010                              /s/Scott N. Johnson_____
                                                SCOTT N. JOHNSON
                                                Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED**.

Dated:   May 12, 2010                                   /s/ John A. Mendez
                                                        U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com