SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>   vs.<br><br>Secret River, Inc., et al,<br><br><br><br>       Defendants | Case No.: CIV.S 10-cv-00792-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DAVID CHAN; JENNIFER CHAN AND ORDER**<br><br>Complaint Filed:  APRIL 2, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (David Chan; Jennifer Chan) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendants (David Chan; Jennifer Chan) are dismissed because these Defendants are not proper parties to this action.

Dated: May 7, 2010                    /s/Scott N. Johnson_____
                                      SCOTT N. JOHNSON
                                      Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                        CIV: S-10-00792-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2

3  Dated:  May 12, 2010                              /s/ John A. Mendez                        
                                                    U.S. DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-10-00792-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com