SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>                Plaintiff,<br><br>         vs.<br><br>Secret River, Inc., et al,<br><br>                Defendants | Case No.: CIV.S 10-cv-00792-JAM-EFB<br><br>**STIPULATED DISMISSAL OF DEFENDANT BHARAT B. SETHI AND ORDER**<br><br>Complaint Filed:  APRIL 2, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, and Defendant, Bharat B. Sethi, by and through their designated Counsel of record (Scott N. Johnson; Mark A. Serlin) that Defendant (Bharat B. Sethi) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Bharat B. Sethi) is dismissed because Plaintiff and this Defendant have settled their dispute.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: June 9, 2010 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: June 10, 2010 | /s/Mark A. Serlin<br>MARK A. SERLIN,<br>Attorney for Defendant<br>Bharat B. Sethi |

**IT IS SO ORDERED**.

| | |
|---|---|
| Dated:  June 15, 2010 | /s/ John A. Mendez<br>U. S. DISTRICT COURT JUDGE |

2

STIPULATED DISMISSAL and Proposed ORDER     CIV: S-10-00792-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com